UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CJW CONTRACTORS, INC., )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>ALEJANDRO MAYORKAS, et al.,, )<br>)<br>*Defendants.* )<br>) | Civ. A. No. 21-cv-00455-DLF |

**NOTICE OF CONSENT TO ASSIGNMENT TO MAGISTRATE JUDGE**

Pursuant to Federal Rule of Civil Procedure 73(a) and 28 U.S.C. § 636(c)(1), Defendant respectfully provides notice that it consents to the assignment of this action to a Magistrate Judge for all purposes. Defendant understands that the case will not be assigned to a Magistrate Judge for all purposes unless Plaintiff similarly consents. *See* LCvR 73.1.

Dated: May 6, 2021,
Washington, DC

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: _____/s/*Thomas Duffey*_____
THOMAS W. DUFFEY
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2510
thomas.duffey@usdoj.gov

*Attorneys for the United States of America*